THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS GETMAN, Appellant.

*Crimes — rape in first degree — judgment of conviction affirmed.*

People v. *Getman*, 198 App. Div. 979, affirmed.

(Argued April 24, 1922; decided May 9, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 18, 1921, which affirmed a judgment rendered at a Trial Term for the county of Chemung upon a verdict convicting the defendant of the crime of rape in the first degree.

*Lewis E. Mosher* for appellant.

*Raymond F. Nichols, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Absent: HISCOCK, Ch. J.